GERARD DANIEL GLENN v. CELESTE GENILO.

December 22, 1981.

Petition for certification denied.

ARTHUR LAVENHAR v. REGINA FOODS, INC.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK A. BURCH.

December 22, 1981.

Petition for certification denied.   (See 179 *N.J.Super.* 336)

STATE OF NEW JERSEY v. ANDREW FINLAND.

January 11, 1982.

Leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for consideration on the merits.   Jurisdiction is not retained.